GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant EDUARDO OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00553 (EJD) |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | |
| ) | |
| EDUARDO OSORIO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **STIPULATION**

Defendant Eduardo Osorio, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Joseph A. Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for March 5, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, shall be continued to April 2, 2012, at 1:30 p.m.

The reason for the requested continuance is that defense counsel needs more time to effectively prepare this case. Specifically, the parties are actively involved in settlement discussions that require a careful analysis of discovery and additional criminal history investigation. Mr. Fazioli expects to be engaged in a trial through the end of March, 2012. Thus,

the request is also made on the grounds that a continuance ensures continuity of counsel. The parties therefore respectfully request a continuance to April 2, 2012, at 1:30 p.m.

The parties agree that the time between March 5, 2012, and April 2, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 23, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: February 23, 2012

_____/s/_____
JOSEPH A. FAZIOLI
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for March 5, 2012, at 1:30 p.m., before the Edward J. Davila, shall be continued to April 2, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between March 5, 2012, and April 2, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between March 5, 2012, and April 2, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

//

1 THEREFORE, IT IS HEREBY ORDERED that the time between March 5, 2012, and April 2, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 23, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge