1 STEVEN G. KALAR
Federal Public Defender
2 VARELL L. FULLER
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00553-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE AND MOTION HEARING DATE |
| vs. | |
| EDUARDO OSORIO, | |
| Defendant. | |

**STIPULATION**

Defendant Eduardo Osorio, by and through Assistant Federal Public Defender Varell L. Fuller, and the government, by and through Assistant United States Attorney Amie Rooney, hereby stipulate that, subject to the Court's approval, the motion hearing date set for Monday, December 17, 2012, and accompanying briefing schedule be vacated. The reason for this request is that the parties have reached a resolution and Mr. Osorio intends to return to court to enter a change of plea on December 17, 2012, the date now set for a hearing on the defendant's motion to suppress. In addition, the defense respectfully requests that its motion, Defendant's Motion to Suppress be dismissed without prejudice, and that this matter be set for December 17, 2012, for

Stipulation and [Proposed] Order
No. CR 11-00553-EJD                                    1

change of plea and defense request for immediate sentencing.

IT IS SO STIPULATED.

Dated: November 18, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 18, 2012

_____/s/_____
AMIE ROONIE
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the motion hearing set for Monday, December 17, 2012, is VACATED. IT IS FURTHER ORDERED that the briefing schedule previously set on Defendant's Motion to Suppress is VACATED and the defendant's motion is DISMISSED WITHOUT PREJUDICE, and this matter IS HEREBY set on December 17, 2012, for change of plea and disposition.

IT IS SO ORDERED.

Dated: 11/20/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge